CHARLES CEDERMAN, Respondent, v LIBERTY MUTUAL INSURANCE COMPANY, Appellant.—Order unanimously reversed and motion denied, without costs (see *Matter of Granger v Urda,* 44 NY2d 91). (Reargument—appeal from order of Erie Supreme Court—vacate workmen's compensation lien.) Present—Marsh, P. J., Moule, Dillon and Witmer, JJ.